UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>US Small Business Administration</u>

               v.                        Case No. 03-cv-454-PB

<u>Calley, et al.</u>

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated March 20, 2006, no objection having been filed.

SO ORDERED.

April 17, 2006                               /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

cc:    David Broderick, Esq.
        Mark Mills
        Gloria Calley