```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America,
      Plaintiff,

   v.                                                            Civil No. 03-454-B

Gloria Calley,
      Defendant,

   and

Mark G. Mills, Executor for the
 Estate of Catherine R. Mills,

      Garnishee.

## **PROPOSED FINAL ORDER OF CONTINUING GARNISHMENT**

On February 1, 2006, a Writ of Continuing Garnishment and Clerk's Notice were issued in the above-captioned action by this Court.  The Garnishee was personally served with copies of the Application, Clerk's Notice and Writ of Continuing Garnishment on February 3, 2006, and the Defendant was personally served on February 6, 2006.  Garnishee filed an Answer on February 15, 2006, stating that at the time of service of the Writ, it had in its possession, custody or control, personal property, in the form of a 1/5 interest in the net value of the estate of Catherine R. Mills, belonging to and due defendant, Gloria Calley.

Pursuant to 28 U.S.C. §§ 3202(d) and 3205(c)(5), Defendant had twenty (20) days to request a hearing after receiving the Notice and Writ or to object to the answer of the Garnishee.  Defendant having failed to request a hearing within the time allowed, it is

ORDERED that Garnishee pay the value of defendant's interest in the Estate of Catherine R. Mills (Docket No. 2005-0303, Merrimack County Probate Court), up to $34,515.41 (balance due as of March 14, 2006), plus interest from March 14, 2006, at the rate of 1.25% per annum and any other property of the debtor which Garnishee may have in his possession, custody or control. Payments shall continue until the debt to plaintiff is paid in full or until the Garnishee no longer has possession, custody or control of any property belonging to the Defendant or until further Order of this Court.  Said payments shall be made payable to U.S. Department of Justice and mailed to U.S. Attorney's Office, 53 Pleasant Street, 4th Floor, Concord, NH 03301.

**SO ORDERED THIS 17 DAY OF April, 2006.**

/s/ Paul Barbadoro
U.S. District Court Judge

cc: U.S. Attorney's Office
    Gloria Calley
    Mark G. Mills